**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JAMES SPRINGER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01317** |
| | § | |
| **DEAN RIANO in his individual capacity AND** | § | |
| **CITY OF MCKINNEY, TEXAS** | § | |
| *Defendants.* | § | **JURY DEMANDED** |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Plaintiff James Springer ("Plaintiff") and asks the Court to enter an order dismissing Plaintiff's claims against Defendants the City of McKinney, Texas and Dean Riano ("Defendants") with prejudice, and would show as follows:

1. Plaintiff notifies the Court that he has resolved his claims against Defendants and therefore asks that the Court enter an order that disposes of Plaintiff's claims, with prejudice, and that the parties bear their own attorneys' fees and other costs and expenses.

WHEREFORE, Plaintiff requests that the Court grant this motion and enter the agreed order proposed herewith, disposing of Plaintiff's claims against Defendants with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

**GRABLE LAW**

*/s/ Brandon J. Grable* ______
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
team@grable.law
12451 Starcrest Dr, Ste 206
San Antonio, Texas 78216
Telephone: (210) 963-5297
Facsimile: (726) 215-4765
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

This will certify that I have conferred with counsel for Defendants, Kevin Curley, and he is in agreement to the relief sought in this motion and the entry of the Order Dismissing Claims With Prejudice provided concurrently with this motion.

*/s/ Brandon J. Grable* ______
**BRANDON GRABLE**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was provided to Defendants' counsel of record in accordance with the Federal Rules of Civil Procedure by service through the Court's ECF filing system on the 18th day of February 2026.

*/s/ Brandon J. Grable* ______
**BRANDON GRABLE**