**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JAMES SPRINGER,**<br>*Plaintiff,* | §<br>§<br>§ | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01317** |
| **DEAN RIANO in his individual capacity AND CITY OF MCKINNEY, TEXAS**<br>*Defendants.* | §<br>§<br>§<br>§ | **JURY DEMANDED** |

**ORDER DISMISSING CLAIMS WITH PREJUDICE**

On this day the Court considered Plaintiff's Agreed Motion to Dismiss With Prejudice ("Motion"). Plaintiff's Motion advises the Court that he has resolved his claims against Defendants the City of McKinney and Dean Riano ("Defendants") and therefore asks that the Court enter an order that disposes of his claims, with prejudice, and that the parties bear their own attorneys' fees, costs, and expenses.

The Court grants Plaintiff's Motion. IT IS THEREFORE ORDERED that all claims asserted, or that could have been asserted, by Plaintiff James Springer against the City of McKinney and Dean Riano are hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. This order disposes of all claims and all parties and is final and appealable.